**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7857

WALTER N. WIGGINS,

Plaintiff - Appellant,

versus

STUART O. SIMMS, Secretary; PATRICIA K.
CUSHWA, Chairperson; ROLAND W. KNAPP,
Director,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
98-3545-S)

Submitted: April 15, 1999          Decided: April 19, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Walter N. Wiggins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal. <u>See</u> <u>Wiggins v. Simms</u>, No. CA-98-3545-S (D. Md. Dec. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>